UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD K. AUSBROOK, ) | Case No. 07 cv 1313 LAB (WMc) |
| ) | |
| Plaintiff, ) | **ORDER TRANSFERRING 07CV1313** |
| ) | **LAB(WMc) PURSUANT TO** |
| v. ) | **CONSOLIDATION TO LOWER-** |
| ) | **NUMBERED CASE** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Court's Order of January 31, 2008, [Doc. No. 11] consolidating discovery proceedings to lower-numbered case, 07cv1114-LAB(LSP), the above-entitled matter, 07cv1313-LAB(WMc) is hereby transferred to United States Magistrate Judge Leo S. Papas for consolidation. Judge McCurine is no longer assigned to the case.

**IT IS SO ORDERED.**

DATED: February 1, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

07cv1313 LAB (WMc)